PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:19CR00260-006

DOCKET NUMBER *(Rec. Court)*
2:24-cr-00196-CDS-BNW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Adewole Adegboruwa | UTAH | CENTRAL |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Jill N. Parrish, U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/19/2024 | TO 01/18/2026 |
|---|---|---|

**OFFENSE**
Count 4: Conspiracy to Commit Money Laundering - Aiding and Abetting

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Defendant does not intend to return to Utah.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ UTAH _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

8/28/24
*Date*

*[signature]*
*United States District Judge*

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

09/09/2024
*Effective Date*

*[signature]*
Cristina D. Silva, *United States District Judge*